

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Terry Lynn Heath

No. 06-18-00127-CR

Appeal from the 276th District Court of Titus County, Texas (Tr. Ct. No. 40031). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that Appellant is entitled to the relief sought. Therefore, we reverse the trial court's order denying Terry Lynn Heath's Article 17.151 petition for habeas corpus relief and remand this cause to the trial court for further proceedings consistent with this opinion. The mandate in this case shall issue immediately.

We further order that the appellee pay all costs of this appeal.

RENDERED AUGUST 15, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk